**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| L.B. BY AND THROUGH NEXT FRIEND K.B,<br><br>Plaintiff,<br><br>vs.<br><br>ROCKWOOD R-VI SCHOOL DISTRICT, CHRISTOPHER BRANDRIFF, AUSTIN KOENIG, LACY ARSENAULT, AND MELISSA GROFF,<br><br>Defendants. | ) | Cause No. 4:25-cv-01250-CDP |

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT**

Plaintiff L.B., a minor, by and through her Next Friend, K.B., by and through undersigned counsel, pursuant to Section 507.184 RSMo., requests the Court to approve a settlement of said minor's claim for injuries herein, and as grounds for this Motion states:

1. Plaintiff L.B. (the "Minor" or "Plaintiff") is a minor and a resident of the State of Missouri. Minor is currently residing with her mother and Next Friend, in St. Louis County, Missouri.

**CASE SYNOPSIS**

2. At all relevant times, Minor was a student of Rockwood R-VI School District (the "District" or "School District"), a public school district of the State of Missouri.

3. Minor was allegedly discriminated against and sexually harassed and harmed by another student while attending Crestview Middle School in the District ("the Incident").

4. Plaintiff's First Amended Complaint Amended by Interlineation on or around March 12, 2026 (Docs. 11, 30 and 31) brings claims for sexual harassment, discrimination based

on sex and retaliation against Defendant School District under Title IX and the Missouri Human Rights Act (Counts I – IV) and a claim for violation of Minor's Equal Protection rights pursuant to 42 U.S.C. ¶ 1983 against Defendants Brandriff, Koenig, Arsenault and Groff in their individual capacities (Count V).

5. The Parties filed a stipulation of dismissal without prejudice with respect to Crestview Middle School, which was so ordered by the Court on, or about, December 10, 2025. Docs. 21 and 22.

6. The Defendants deny any and all allegations of liability, wrongdoings and damages as a result of the Incident, and dispute Minor's account of the events set out in the First Amended Complaint (Docs. 11, 31, 31).

7. Full resolution of the claims as a result of the Incident was achieved subject to the final approval of this Court.

8. This synopsis does not describe the sum and substance of the evidence that would be elicited in this case. It is anticipated that there would be conflicting and contradictory testimony by multiple witnesses.

9. Next Friend has investigated fully the facts and circumstances with reference to the Incident involving the Minor Plaintiff. Next Friend is of the opinion that it is, and will be, in the best interests of the Minor Plaintiff, subject to the approval of the Court, to fully settle all claims and damages, including any and all health care related expenses that were incurred or may be incurred in the future by Minor or Next Friend as a result of the Incident.

10. Minor Plaintiff, by and through her Next Friend, believe that the settlements are fair and reasonable considering all the facts and circumstances.

11. Minor is stable, and her mother and Next Friend believes that it is in Minor's best interest not to endure the rigors of potential additional medical evaluation, nor to re-live this alleged Incident through deposition and trial.

12. Due to the minority of Plaintiff L.B., Plaintiff requests the Court to hear and approve the parties' settlement pursuant to Section 507.184 RSMo.

13. Further, pursuant to Section 610.021 RSMo., Plaintiff asks that the Court order the Confidential Settlement Agreement and General Release ("Release"), attached herewith, closed to the public as this settlement involves a minor and the impact to plaintiff of making this settlement public outweighs the policy considerations of public access to records.

**THE PROPOSED SETTLEMENT OF ALL CLAIMS IS FAIR AND REASONABLE**

14. A proposed compromise settlement of a confidential amount has been entered into between Plaintiff, a Minor by and through such Minor's Next Friend, and Defendants in order to resolve all claims and damages for the Minor Plaintiff, including any and all health care related expenses that were incurred or may be incurred in the future by Minor or Next Friend related to or arising from the Incident. This amount represents the highest and best offer of settlement made by Defendants' insurer.

15. The terms of the proposed settlement are memorialized in a confidential written settlement agreement, the Release, **Exhibit 1** being filed under seal.

16. The parties believe that the settlement is fair and reasonable.

17. Minor by and through Next Friend has reviewed and approved the proposed Release (**Exhibit 1**) and believes it to be in the best interest of the Plaintiff and Next Friend requests the Court approve the same.

18. There are compelling reasons for Minor to resolve the case short of trial. As with any litigation, there is a danger a jury would award less money, more money, or nothing. More

importantly, Minor's Next Friend is motivated by continuing the current stabilized emotional health and well-being of Minor related to these events.

19. The parties will resolve all issues pursuant to a Confidential Settlement Agreement and Release of Claims (the "Release") that will include a dismissal with prejudice of all claims against the Defendants.

**THE PROPOSED SETTLEMENT AND DISTRIBUTION STRUCTURE ARE FAIR AND REASONABLE AND COMPLY WITH MISSOURI LAW**

20. Chapter 507, RSMo., specifically §§ 507.182 – 507.188, govern the prosecution and settlement of claims by a Next Friend on behalf of a minor.

21. Section 507.182, RSMo. provides that a Next Friend may contract with an attorney to pursue a claim on behalf of a minor and may enter into a contingent fee agreement with the attorney to pursue those claims, subject to Court approval.

22. Section 507.184, RSMo. provides that a Next Friend shall have the power and authority to contract for the settlement of the Minor's claim provided that such contract and settlement shall not be effective until approved by the Court.

23. Pursuant to § 507.184, RSMo., the Court has the power and authority to

> …[E]ither approve or disapprove a proposed contract to settle an action or claim of a minor, to authorize and order the next friend . . . to execute and sign a release . . . and shall have the power and authority to approve a fee contract between the next friend and an attorney and to order him to pay an attorney fee and to pay the expenses which have been reasonably incurred in connection with the preparation and prosecution of the action or claim and including the cost of any bonds required herein.

**THE CONTRACT FOR ATTORNEY FEES AND EXPENSES EXECUTED BY THE NEXT FRIEND WAS FAIR AND REASONABLE AND THE ATTORNEYS' FEES AND EXPENSES INCURRED ARE FAIR AND REASONABLE**

24. Minor, by and through her Next Friend, is represented by attorneys J.C. Pleban and Pleban & Associates Law, LLC. Next Friend, on behalf of Minor, entered into a professional employment agreement whereby Pleban & Associates Law, LLC is to receive forty percent (40%) of the gross amount recovered for the claims of all Plaintiff, plus expenses incurred.

25. The financial terms of the settlement are provided to the Court in a separate contemporaneous submission to this filing, consistent with the parties' agreement to take reasonable measures to protect Plaintiff's privacy given L.B.'s status a s a minor and the sensitive nature of this matter.

WHEREFORE, L.B., Next Friend of K.B., a minor, pursuant to Section 507.184, prays that the Court enter an Order that:

(a) Finds the settlement fair, reasonable and in the best interests of Minor Plaintiff;

(b) Approves the settlement;

(c) Finds the attorneys' fees and expenses owed to Plaintiff's counsel to be fair and reasonable;

(d) No bond shall be required of the Next Friend.

(e) Instructs L.B. to sign, endorse and execute any and all agreements, releases, drafts or other documents necessary to affect this settlement agreement and any documents already executed are ratified; Orders Plaintiff to dismiss the case with prejudice in accordance with the Confidential Settlement Agreement and General Release Agreement and after receipt of full payment.

Respectfully submitted,

PLEBAN & ASSOCIATES LAW, LLC

By: /s/ J.C. Pleban
J.C. Pleban, #63166
jc@plebanlaw.com
Benjamin P. Kates, #65557
bkates@plebanlaw.com
2010 South Big Bend Blvd.
St. Louis, MO 63117
Telephone: (314) 645-6666
Facsimile: (314) 645-7376

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent to all counsel of record via the Court's electronic filing system this 30th day of October, 2026.

/s/ J.C. Pleban